**No. 48739.**—Protests 713698–G, etc., of Caradine Hat Co. et al. (St. Louis and San Francisco).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No.48740.**—Protest 102628–K of Oxford University Press, N. Y., Inc. (New York).

Opinion by KINCHELOE, J. It was conceded by stipulation of counsel that the books in question consist of medical books wholly of bona fide foreign authorship. The claim was therefore sustained.

BEFORE THE THIRD DIVISION, SEPTEMBER 8, 1943

**No. 48741.**—Protest 94954–K of Philip Levy (New York).

Opinion by CLINE, J. It appeared from the record that the two cases of coconut in question were short in two other entries. The case was later settled by agreement, the importer abandoning his claim as to the merchandise in one case, the defendant conceding that the merchandise in case 5491 was the product of the Philippine Islands. On the record presented and the exhibit showing certificate of origin as to one case (5491) being a product of the Philippine Islands, the protest was sustained as to that case only.

**No. 48742.**—Protest 793669–G of Strohmeyer & Arpe Co. (New York).

Opinion by CLINE, J. The record showed that the shipment consisted of dried peppers which are not capable of being marked; that the peppers were packed in baskets to which were attached paper tags bearing the marking "Pro. of Italy"; and that before the goods were released from customs custody the importer was required to stencil the word "Italy" on the baskets. Following Abstract 44274, in which the merchandise was marked in the identical manner as in the case at bar, the protest was sustained.